## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:19-cv-63065-BB

RENEE MARO,

     Plaintiff,

v.

PRIMARY CARE PHYSICIANS OF HOLLYWOOD P.L., and WOUND CARE MANAGEMENT SPECIALISTS, LLC,

     Defendants.

_____/

## <u>NOTICE OF ATTORNEY APPEARANCE</u>

The undersigned, AMBER L. RUOCCO, of the law firm of LUBELL & ROSEN, LLC, 200 S. Andrews Ave., Suite 900, Fort Lauderdale, Florida 33301, hereby gives notice of his appearance as co-counsel for the Defendants PRIMARY CARE PHYSICIANS OF HOLLYWOOD P.L., and WOUND CARE MANAGEMENT SPECIALISTS, LLC, in the above-captioned matter.

Dated, this 9th day of June, 2020.

LUBELL & ROSEN, LLC
*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail: ALR@lubellrosen.com
        JHS@lubellrosen.com


By: */s/ Amber L. Ruocco*_____
   Amber Ruocco, Esquire
   Florida Bar No. 121669
   Joshua Sheskin, Esquire
   Florida Bar No. 93028

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2020, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:___*/s/ Amber L. Ruocco*_____
    Amber L. Ruocco, Esquire
    Florida Bar No: 121669

## SERVICE LIST

Sarah E. Waters, Esquire
Caroline Hope Miller, Esquire
DEREK SMITH LAW GROUP, PLLC
701 Brickell Avenue
Suite 1310
Miami, FL 33131
(305) 946-1885
swaters@dereksmithlaw.com
caroline@dereksmithlaw.com
*Counsels for Plaintiff*