UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-63065-BLOOM/Valle

RENEE MARO,

    Plaintiff,

v.

PRIMARY CARE PHYSICIANS
OF HOLLYWOOD, P.L., et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Trial in this matter is currently set for March 29, 2021. ECF No. [10]. On October 20, 2020, Administrative Order 2020-76 was issued, continuing all jury trials to April 5, 2021. Individual judges may continue to hold hearings, conferences, and bench trials at their discretion.

Accordingly, it is **ORDERED AND ADJUDGED** that a Zoom video status conference is set for **November 17, 2020** at **10:30 a.m.** to discuss the status of this case. The Zoom link is https://www.zoomgov.com/j/1605540772?pwd=ci9pczBrclJTS3Mrclo5bGdLUFVCQT09. Alternatively, the Meeting ID is 160 554 0772 and the Passcode is 022281.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 22, 2020.

                                                                                     **BETH BLOOM**
                                                                                     **UNITED STATES DISTRICT JUDGE**

Case No. 19-cv-63065-BLOOM/Valle

Copies to:

Counsel of Record