**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No.: 0:19-cv-63065 BB

RENEE MARO,

    Plaintiff,

v.

PRIMARY CARE PHYSICIANS OF HOLLYWOOD, P.L., and WOUND CARE MANAGEMENT SPECIALISTS, LLC,

    Defendants.

_____/

## *JOINT* MOTION FOR EXTENSION OF TIME

Plaintiff, RENEE MARO, and Defendants, PRIMANRY CARE PHYSCIANS OF HOLLYWOOD, P.L. and WOUND CARE MANAGEMENT SPECIALISTS, LLC., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1, request, jointly, an extension of time within which to conduct final discovery, an extension to submit pre-trial motions, and in support state as follows:

1. On April 7, 2020, this Court entered its Order Setting Trial and Pre-Trial Schedule [DE #10] ("The Court's Order.") Pursuant to this Court's Order, discovery is scheduled to end on December 1, 2020.

2. Due to COVID-19 issues slowing communications and discovery responses and the press of other litigation matters and deadlines, both parties request a brief extension of time, through and including January 15, 2021, to complete discovery, and February 1, 2021, to submit final motions.

1

3. The requests contained herein are not intended for purposes of delay and will not cause any prejudice to the Court or any party to this action, as COVID-19 has delayed trial.

4. This motion is made by both Parties in good faith.

## MEMORANDUM OF LAW

Fed. R. Civ. P. 6(b) provides that, when an act may or must be done within a specified period of time, the Court, for good cause, may extend the time if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b) is to be liberally construed to give litigants an opportunity to be heard and to have their day in court, so that justice can be served. *See, e.g.*, *Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108 (D.S.C. 1971).

As set forth above, the Parties have shown good cause for the requested extension of time. Accordingly, the Parties respectfully request that the Court grant this Motion, allowing them additional time in which to conduct final discovery and submit pre-trial motions.

WHEREFORE, Plaintiff, RENEE MARO, and Defendants, PRIMANRY CARE PHYSCIANS OF HOLLYWOOD, P.L. and WOUND CARE MANAGEMENT SPECIALISTS, LLC., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1, request, jointly, an extension of time within which to conduct final discovery, an extension to submit pre-trial motions, and granting such other relief as is just and proper.

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

The undersigned certifies that on November 12, 2020, he conferred with Plaintiffs' counsel, regarding the relief requested herein, and that Plaintiffs agreed for the motion to be filed jointly.

Respectfully submitted jointly, this 12th day of November, 2020.

LUBELL & ROSEN, LLC
*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Florida 33301

Phone: (954) 880-9500
Fax: (954) 755-2993
e-mail: jhs@lubellrosen.com


By */s/ Joshua H. Sheskin*
    Joshua H. Sheskin, Esquire
    Florida Bar No.: 93028


DEREK SMITH LAW GROUP, PLLC
*Attorneys for Plaintiff*
701 Brickell Ave., Suite 1310
Miami, FL 33131
Phone: (305) 946-1884
e-mail: caroline@dereksmithlaw.com

3