UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-63065-BLOOM/Valle

RENEE MARO,

    Plaintiff,

v.

PRIMARY CARE PHYSICIANS
OF HOLLYWOOD, P.L., et al.,

    Defendants.

_____/

## ORDER AMENDING SCHEDULING ORDER AND CERTAIN PRETRIAL DEADLINES

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Extension of Time, ECF No. [27] ("Motion"), filed on November 16, 2020. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [27]**, is **GRANTED**, and the Scheduling Order, **ECF No. [10]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **April 26, 2021, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, April 20, 2021**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| **January 15, 2021** | All discovery, including expert discovery, is completed. |
|---|---|

Case No. 19-cv-63065-BLOOM/Valle

| **February 1, 2021** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.** |
|---|---|
| **April 12, 2021** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

All other deadlines set forth in the Scheduling Order, ECF No. [10], remain in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 16, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record