**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-63065-BLOOM/Valle**

RENEE MARO,

      Plaintiff,

v.

PRIMARY CARE PHYSICIANS
OF HOLLYWOOD, P.L., et al.,

      Defendants.

_____/

## <u>ORDER</u>

**THIS CAUSE** is before the Court following a status conference held on November 17, 2020. As discussed during the status conference, the parties represented that they believe a settlement conference will be useful and may resolve the need for trial.

Accordingly, it is **ORDERED AND ADJUDGED** that this matter is **REFERRED** for purposes of a settlement conference before Magistrate Judge Alicia O. Valle. To make the request, the parties shall contact Judge Valle's chambers by **December 4, 2020** and have three proposed dates for scheduling a settlement conference to occur before **January 29, 2021**. The Magistrate Judge will issue an order scheduling settlement conference outlining the time and requirements for the settlement conference. The settlement conference may not be extended without prior approval from the Magistrate Judge. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within three (3) days of the conference. The parties are advised that the failure to comply with any of the procedures contained in this Order or the Local Rules may result in the imposition of appropriate sanctions, including, but not limited to, the dismissal of this action or entry of default.

Case No. 19-cv-63065-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 17, 2020.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2