UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Aileen M. Cannon**

| | |
|---|---|
| Watkins v. Sergeant Bigwood | Case No. 18-cv-63035 |
| Adams v. Bio-Med. Applications of Fla., Inc. | Case No. 19-cv-25017 |
| Rosenberg v. GEICO | Case No. 19-cv-61422 |
| Schachter v. GeoVera Spec. Ins. Co. | Case No. 19-cv-61805 |
| Bowen v. Quest Diagnostics, Inc. | Case No. 19-cv-62664 |
| Maro v. Primary Care Phys. of Hollywood, P.L. | Case No. 19-cv-63065 |
| O'Boyle v. Town of Gulf Stream | Case No. 19-cv-80196 |
| Optimus MSO II v. Simply Healthcare | Case No. 20-cv-22967 |
| Iksa Exim v. Allouche | Case No. 20-cv-23159 |
| Braman v. Hyundai | Case No. 20-cv-23301 |
| ADT LLC v. Safe Home Security | Case No. 20-cv-23918 |
| KPI OceanConnect v. Gloria | Case No. 20-cv-24163 |
| MSP Recovery Claims, Series LLC v. CSAA Ins. Exch. | Case No. 20-cv-24325 |
| Germak v. Hilton | Case No. 20-cv-24511 |
| Germak v. Marriott | Case No. 20-cv-24533 |
| Khan v. Panjwani | Case No. 20-cv-60032 |
| Abajian v. HMSHost Corp. | Case No. 20-cv-60324 |

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Aileen M. Cannon**.

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (see Internal Operating Procedures, Section 2.05.03 -2.05.04).

It is **ORDERED** that the above-styled actions are **REASSIGNED** to the calendar of the **Honorable Aileen M. Cannon** as of November 23, 2020 for all further proceedings.

2

It is further **ORDERED** that all currently pending hearings set before the undersigned Judge are TERMINATED and are to be rescheduled by **District Judge Aileen M. Cannon**.

It is further **ORDERED** that all deadlines will REMAIN IN EFFECT unless altered by **District Judge Aileen M. Cannon**.

It is further **ORDERED** that all pleadings hereafter filed shall bear the assigned case number followed by the initials **AMC** in lieu of the present initials.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 23, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

All counsel of record/pro se parties
Magistrate Judge Alicia O. Valle
Magistrate Judge Alicia M. Otazo-Reyes
Magistrate Judge Lauren F. Louis
Magistrate Judge Bruce E. Reinhart