UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-63065-CANNON/VALLE

Renee Maro,

    Plaintiff,

v.

PRIMARY CARE PHYSICIANS OF HOLLYWOOD, P.L.,

    Defendant.
_____/

**ORDER SETTING SETTLEMENT CONFERENCE**

THIS CAUSE is before the Court upon United States District Judge Beth Bloom's Order referring the case to the undersigned for a settlement conference.[1] *See* (ECF No. 30).

Accordingly, a settlement conference will be held on **Monday, December 14, 2020 at 2:00 p.m.** Due to the COVID-19 pandemic, the conference will be conducted remotely by video or telephone conferencing. The day before the conference, the Court will advise the parties of the selected method to conduct the proceedings. **ALL PARTIES AND THEIR COUNSELS MUST PARTICIPATE WITH FULL AUTHORITY TO SETTLE THIS ACTION**. All attendees should allocate a minimum of three hours for the conference.

---

[1] Since the initial referral, this case has been reassigned to U.S. District Judge Aileen M. Cannon for all further proceedings.

By **Wednesday, December 9, 2020**, each party shall: (i) file a certificate of compliance confirming that all documents supporting the claims and defenses have been exchanged and reviewed; and (ii) *email* (not file) a Confidential Settlement Conference Statement to Judge Valle at valle@flsd.uscourts.gov.  Each Statement shall not exceed five (5) double-spaced pages.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on December 1, 2020.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Aileen M. Cannon
All Counsel of Record