**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No.: 0:19-cv-63065 BB

RENEE MARO,

    Plaintiff,

v.

PRIMARY CARE PHYSICIANS OF HOLLYWOOD, P.L., and WOUND CARE MANAGEMENT SPECIALISTS, LLC,

    Defendants.
_____/

## CERTIFICATE OF COMPLIANCE WITH ORDER DE 32

Being that Defendants responded to discovery, all documents which support the Defendants' Defenses, have been turned over to Plaintiff's Counsel. Additionally, Defendants have turned over all documents supporting their defenses, even not if asked for in discovery, which are known to date. Hence Defendants have comported with DE 32 and, hereby, notice their compliance.

    LUBELL & ROSEN, LLC
    *Attorneys for Defendants*
    200 S. Andrews Ave, Suite 900
    Fort Lauderdale, Florida 33301
    Phone: (954) 880-9500
    Fax: (954) 755-2993
    e-mail : jhs@lubellrosen.com
           alr@lubellrosen.com

    By */s/ Joshua H. Sheskin, Esq.*
        Joshua H. Sheskin, Esquire
        Florida Bar No.: 93028
        Amber L. Ruocco, Esquire
        Florida Bar No. 121669